

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ann Armstrong-Cody,                    * From the 132nd District
                                         Court of Scurry County,
                                         Trial Court No. 23592-A.

Vs. No. 11-13-00073-CV                 * January 22, 2015

Kinder Morgan Production Company, LLC,  * Memorandum Opinion by Willson, J.
                                         (Panel consists of: Wright, C.J.,
                                         Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.   The costs incurred by reason of this appeal are taxed against Ann Armstrong-Cody.